# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 6, 2007

133929 & (4)(5)

In re:

The Honorable BEVERLEY NETTLES-NICKERSON,
Judge, 30th Circuit Court

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133929
JTC: Formal Complaint
No. 81

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The petition for interim suspension is considered, and it is GRANTED. We ORDER that the respondent judge be suspended, with pay, from her position as a judge and that she refrain from acting as a judge until further order of this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 6, 2007

*Corbin R. Davis*

Clerk

t0530